UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-81226-CIV-MARRA

RANGER CONSTRUCTION INDUSTRIES, INC.,

Plaintiff,

vs.

ALLIED WORLD NATIONAL ASSURANCE
COMPANY,

Defendant.
_____/

**ORDER**

This cause is before the Court upon Plaintiff's Motion to Strike Defendant's Second Motion for Partial Summary Judgment (DE 139) and Defendant's Motion for Leave to File a Supplemental Motion for Partial Summary Judgment and Request for the Court to Deem its Motion for Partial Summary Judgment as Filed with Leave of Court (DE 143). The Court held a hearing on the motions (DE 152), and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1) Plaintiff's Motion to Strike Defendant's Second Motion for Partial Summary Judgment (DE 139) is **GRANTED**. Defendant's Motion for Partial Summary Judgment as to Bad Faith Allegations (DE 138) is **STRICKEN** and the motion shall be terminated for statistical purposes.

2) Defendant's Motion for Leave to File a Supplemental Motion for Partial Summary Judgment and Request for the Court to Deem its Motion for Partial Summary Judgment as Filed with Leave of Court (DE 143) is **DENIED**. Instead, the Court

will permit Defendant to re-file a new summary judgment motion, due on the date discovery closes, so that Plaintiff has a full opportunity to conduct discovery before it has to respond to the forthcoming summary judgment motion.[1]  This new summary judgment motion will only address issues previously addressed by Defendant in the summary judgment motions docketed at DE 97 and 138.  Defendant may not raise new issues in its forthcoming summary judgment motion.  Defendant shall adhere to all page limits.

3)   As such, Defendant's Motion for Summary Judgment as to Count II for Declaratory Relief (DE 97) is **DENIED WITHOUT PREJUDICE**.

4)   The Court reserves ruling on Plaintiff's request to impose costs on Defendant for its failure to comply with the Local Rules.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of November, 2018.

_____
KENNETH A. MARRA
United States District Judge

---

[1] This date will be determined by a forthcoming order.